EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5968
  Fax: (415) 703-1234
  Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MICHAEL B. NORDLOF,**

        Petitioner,

  v.

**KEN CLARK, Warden,**

        Respondent.

C 07-4899 MMC (PR)

**DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL B. NORDLOF,** | C 07-4899 MMC (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

I, Joan Killeen, declare under penalty of perjury that:

I am a Deputy Attorney General of the State of California and am admitted to practice law in this state and before this Court. I have been assigned to represent respondent and to prepare the answer in this case. Respondent has made no previous request for an extension of time.

On April 10, 2008, this Court issued an Order to Show Cause, directing respondent to file an answer to the petition for writ of habeas corpus within sixty days.

I request an additional sixty days from the present due date of July 9, 2008, to prepare and file the answer. This request is not made for the purpose of delay. In the past sixty days, I filed the answer to the petition for writ of habeas corpus in *Hawkins v. Dexter*, C 08-1087 SI (PR), a motion

Declaration Of Counsel In Support Of Respondent's Ex Parte Application For First Extension Of Time - C 07-4899 MMC (PR)

1

1  to dismiss the petition for writ of habeas corpus in *Monroe v. Adams*, CIV S-08-0558 MCE DAD
2  P, a reply to the opposition to a motion to dismiss the petition for writ of habeas corpus in *McCord*
3  *v. Warden*, C 07-5217 CRB, and the respondent's brief in *People v. Ary*, 113020, a case with
4  complex issues and a voluminous record.  I am currently working on the respondent's brief in
5  *People v. Terwilligar*, A119000, a case with a reporter's transcript over 1,800 pages long and a
6  clerk's transcript over 1,450 pages long, as well as a related habeas corpus petition, *In re*
7  *Terwilligar*, A121690.  In addition, I have to file the respondent's brief in *People v. Gonzalez*,
8  H032193, and the answers to the petitions for writ of habeas corpus in *Juniel v. Felkner*, C 07-4542
9  RMW (PR), *Smiley v. Evans*, C 08-0045 RMW (PR), and *Tamboura v. Ayers*, C 08-1143 JF (PR),
10 before beginning work on the answer in this case.

11        Petitioner raises seven claims for relief in connection with his 2004 convictions for
12 attempted first degree burglary, vehicle theft, and felon in possession of a firearm, with prior
13 conviction enhancements.  In light of my current work load, the number of claims raised by
14 petitioner, and the necessity of reviewing the trial record to address those claims, I will be unable
15 to prepare and file the answer by the current due date.

16        I have not contacted petitioner in this case because he is a state prisoner proceeding pro
17 se.

18        Executed on July 8, 2008, at San Francisco, California.

20                        /s/ Joan Killeen
                          JOAN KILLEEN
21                        Deputy Attorney General

Declaration Of Counsel In Support Of Respondent's Ex Parte Application For First Extension Of Time - C 07-4899 MMC (PR)

2