IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL B. NORDLOF,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**KEN CLARK, Warden,**<br><br>　　　　　　　　　　　Respondent. | C 07-4899 MMC (PR)<br><br>**[PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** |

　　　GOOD CAUSE APPEARING, respondent is granted an additional sixty (60) days to and including September 7, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within (30) days after the answer has been filed and served.

　　　DATED: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE