1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL B. NORDLOF,** | C 07-4899 MMC (PR) |
| Petitioner, | **[PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted an additional sixty (60) days to and including September 7, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within (30) days after the answer has been filed and served.

DATED: ____July 11, 2008_____

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE