

Michael B. Nordlof #V59215 (In Pro: Per.)
P.O. Box 7100
Corcoran, CA. 93212.

In the United States District Court.
For the Northern District of California.
San Francisco Division.

Michael B. Nordlof,
Petitioner,
V.
Ken Clark. Warden.
Respondent.

Case # C07-4899 MMC (PR)

Opposition of Respondent's Application for Extension of Time.

Petitioner respectfully requests that this Court deny Respondent's Application for extension of time, due to Respondent's failure to fulfill the burden of showing Good Cause for the requested extension for filing the Answer of said Petition for Writ of Habeas Corpus.

Even though Respondent is stating Good Cause is appearing. it is not seen or shown. Petitioner is sympathetic to the Respondent's current work load however that should be held irrelevant in the Court's ruling of showing Good Cause due to the Court's Order of the Respondent Shall file with the Court an Answer, but based upon the Respondent's own omission that not only has there been no attempt to even begin working on the Court's Order for an Answer but has also placed additional

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
85 34769

CASES ABOVE THE COURT'S ORDER IN PETITIONER'S CASE.

FURTHERMORE RESPONDENT'S STATEMENT OF "I HAVE TO FILE THE RESPONDENT'S BRIEF IN PEOPLE V. GONZALEZ, H032193, AND THE ANSWERS TO THE PETITION FOR WRIT OF HABEAS CORPUS IN JUNIEL V. FELKNER, C07-4542 RMW (PR), SMILEY V. EVANS, C08-0045 RMW (PR) AND TAMBOURA V. AYERS, C08-1143 JF (PR), BEFORE BEGINNING TO WORK ON THE ANSWER IN THIS CASE." (PG.2 LINES 7-10 OF DECLARATION OF COUNSEL.), THE ADDITIONAL FACTS THAT RESPONDENT USES SHOULD NOT EVEN BE TAKEN IN ACCOUNT SINCE "THE NUMBER OF CLAIMS RAISED BY PETITIONER, AND THE NECESSITY OF REVIEWING THE TRIAL RECORD TO ADDRESS THOSE CLAIMS." MAY NORMALLY HELP SHOW GOOD CAUSE. HOWEVER THE STATEMENT OF THE RESPONDENT'S OWN WORDS OF NOT EVEN BEGINNING TO WORK ON THE ANSWER AT ALL, SHOULD DISMISS ANY KNOWLEDGE OR GUESSING THAT EXTRA TIME WOULD EVEN BE NEEDED UNDER A 'NORMAL' WORK LOAD.

RESPONDENT'S STATEMENT OF "THIS REQUEST IN NOT MADE FOR THE PURPOSE OF DELAY." (PG. 1. LINE 26) BUT IT CAN NOT BE SEEN BUT FOR A CLEAR REQUEST FOR THE ONLY PURPOSE OF DELAY. SO OTHER CASE WORK CAN BE DONE BEFORE "BEGINNING WORK ON THE ANSWER IN THIS CASE." (PG.2 LINE 10).

THEREFORE BASED UPON THE ABOVE STATED REASONS IN PART OR IN WHOLE PETITIONER RESPECTFULLY REQUESTS RESPONDENT'S APPLICATION FOR EXTENSION OF TIME BE DENIED AND THE SAID PETITION FOR WRIT OF HABEAS CORPUS BE GRANTED.

DATED: JULY 11, 2008

RESPECTFULLY SUBMITTED,
MICHAEL B. NORDLOF,
PETITIONER.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
85 34769

# PROOF OF SERVICE BY MAIL

I declare that:

I am (resident of / employed in) the county of Kings California. I am over the age of eighteen years, my (business / residence) address is:

P.O. Box 7100, Corcoran, Ca. 93212

On 7·11·08, I served the attached (Petition for Writ of Habeas Corpus) motion to oppose extension of time.

on the 7·11·08 in said case, by placing a true copy there of enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at Corcoran, California (SATF) State Prison addressed as follows

Attorney General, California, 455 Golden Gate Ave. San Francisco, California, 94102 (Attn: Joan Killeen.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on (date) July, 11, 2008, at Corcoran California.

Type or print name Michael B. Nordlof

Signature [signature]

CSATF/STATE PRISON AT CORCORAN
P.O. 7100
CORCORAN, CA 93212
NAME Michael B. Nordloff
NUMBER #V59215
HOUSING C1-223

Legal Mail

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004249669
$ 00.42⁰
JUL 14 2008
MAILED FROM ZIP CODE 93212

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102.

STATE PRISON
GENERATED MAIL

94102$3661 C004

7-13-08