IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. NORDLOF,            )<br>                                                     )<br>            Petitioner,                    )<br>                                                     )<br>   v.                                              )<br>                                                     )<br>KEN CLARK, Warden,             )<br>                                                     )<br>            Respondent.                 )<br>_____ ) | No. C 07-4899 MMC (PR)<br><br>**ORDER GRANTING LEAVE TO<br>FILE AMENDED PETITION;<br>SETTING BRIEFING SCHEDULE**<br><br>**(Docket No. 10)** |

On September 21, 2007, petitioner, a California prisoner incarcerated at Corcoran State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 10, 2008, after reviewing the petition, the Court ordered respondent to file an answer showing cause why the petition should not be granted, or in the alternative, a motion to dismiss on procedural grounds. On July 11, 2008, the Court granted respondent an extension of time to September 7, 2008, to respond to the petition. On July 23, 2008, petitioner filed a motion to amend the petition to include fourteen new claims for relief.

The Civil Rule governing pleading amendments, Federal Rule of Civil Procedure 15, made applicable to habeas proceedings by 28 U.S.C. § 2242, Federal Rule of Civil Procedure 81(a)(2), and Habeas Corpus Rule 11, allows pleading amendments with leave of court any time during a proceeding. Mayle v. Felix, 545 U.S. 644, 654-55 (2005) (citing Fed. R. Civ. P. 15(a)). Before a responsive pleading is served, pleadings may be amended once as a matter of course. Id. at 655. As respondent has not yet filed a responsive pleading to the

1  petition herein, petitioner's motion to amend the petition is hereby GRANTED.

2  Good cause appearing, the Court hereby SETS the following briefing schedule.
3  Within **ninety (90)** days of the date this order is filed, respondent shall file a response to the
4  amended petition.  Within **thirty** days of the date such response is filed, petitioner shall file
5  with the Court and serve on respondent a responsive pleading thereto.  If respondent files a
6  motion to dismiss, respondent <u>shall</u> file a reply to petitioner's opposition within **fifteen** days
7  of the date such opposition is filed.

8  This order terminates Docket No. 10.

9  IT IS SO ORDERED.

10 DATED: August 19, 2008

11 _____
   MAXINE M. CHESNEY
   United States District Judge