*Killeen, J.*

Court of Appeal, First Appellate District, Div. 3 - No. A108464
S146987

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

MICHAEL BENHAMIN NORDLOF, Defendant and Appellant.

Petition for review DENIED.



SUPREME COURT
FILED
NOV 1 5 2006
Frederick K. Ohlrich Clerk
_____
DEPUTY

GEORGE
_____
Chief Justice