IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL B. NORDLOF,**<br><br>                                    Petitioner,<br><br>v.<br><br>**KEN CLARK, Warden,**<br><br>                                    Respondent. | C 07-4899 MMC (PR)<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S MOTION TO DISMISS PETITION AS UNTIMELY AND EXHAUSTED** |

   GOOD CAUSE APPEARING, respondent's motion to dismiss with prejudice the petition for writ of habeas corpus as untimely and unexhausted is granted.  28 U.S. C. §§ 2244 (d), 2254(b); *Coleman v. Thompson*, 501 U.S. 722, 731 (1991); *Rasberry v. Garcia*, 448 F.3d 1150, 1154 (9th.Cir. 2006); *Jiminez v. Rice*, 276 F.3d 478, 481 (9th.Cir. 2001).


Dated: _____          _____
                                                                        The Honorable Maxine M. Chesney
                                                                        United States District Judge