1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL B. NORDLOF,** | C 07-4899 MMC (PR) |
| Petitioner, | |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

**DECLARATION OF SERVICE BY U.S. MAIL**

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Nordlof v. Clark, Warden*

No.:   **C 07-4899 MMC (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 9, 2008**, I served the attached

**MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS UNTIMELY AND UNEXHAUSTED**

**[PROPOSED] ORDER GRANTING RESPONDENT'S MOTION TO DISMISS PETITION AS UNTIMELY AND EXHAUSTED**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Michael B. Nordlof**
**Petitioner**
**V-59215**
**P. O. Box 7100**
**Corcoran, CA  93212**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 9, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M. Otanes | *[signature]* |
| Declarant | Signature |

20141103.wpd