IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL B. NORDLOF,** | Case No. C 07-4899 MMC (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

    GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 30, 2010, to file his Answer to the Petition for Writ of Habeas Corpus.  If petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the court and serving it on respondent within 60 days of his receipt of the Answer.

Dated: __July 14, 2010_____            /s/ Vaughn R Walker     for
                                                                           The Honorable Maxine M. Chesney