United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. NORDLOF,<br><br>    Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | No. C 07-4899 MMC (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>**(Docket No. 39)** |

    GOOD CAUSE APPEARING, petitioner's request for a sixty-day extension of time to file a traverse to the answer is hereby GRANTED.  Within **sixty** days of the date this order is filed, petitioner shall file with the court and serve on respondent a traverse.  The petition will be deemed submitted for review on the date the traverse is due.

    This order terminates Docket No. 39.

    IT IS SO ORDERED.

DATED: October 22, 2010

_____
MAXINE M. CHESNEY
United States District Judge