IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. NORDLOF,           )<br>                              )<br>         Petitioner,   )<br>                              )<br>v.                            )<br>                              )<br>KEN CLARK, Warden,            )<br>                              )<br>         Respondent.   )<br>_____) | No. C 07-4899 MMC (PR)<br><br>**ORDER SCHEDULING BRIEFING ON MOTION FOR RECONSIDERATION** |

      On September 21, 2007, petitioner, a California prisoner incarcerated at Corcoran State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Thereafter, the Court, by order filed March 3, 2010, granted respondent's motion to dismiss several of the claims as untimely. Additionally, by that same order, the Court directed respondent to file an answer addressing the remaining claims. Respondent filed an answer on August 27, 2010; petitioner filed a traverse to the answer on November 1, 2010.

      Now pending before the Court is petitioner's motion for reconsideration of the Court's dismissal of his untimely claims. Good cause appearing, respondent shall file a response to petitioner's motion within **thirty** days of the date this order is filed. Petitioner may file a

1 | reply to the response within **twenty** days of the date the response is filed.  The motion for
2 | reconsideration will be deemed submitted for review on the date the response is due.
3 |     IT IS SO ORDERED.
4 | DATED: January 3, 2011

                                  _____
                                  MAXINE M. CHESNEY
                                  United States District Judge