IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. NORDLOF,<br><br>    Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>    Respondent.<br>_____ | No. C 07-4899 MMC (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**<br><br>**(Docket No. 46)** |

GOOD CAUSE APPEARING, petitioner's request for an extension of time to file a reply to respondent's opposition to petitioner's motion for reconsideration is hereby GRANTED. Petitioner shall file his reply by **March 15, 2011**. No further extensions of time to file the reply will be granted.

The motion for reconsideration will be deemed submitted for review on the date the reply is due.

This order terminates Docket No. 46.

IT IS SO ORDERED.

DATED: February 28, 2011

                                         _____
                                         MAXINE M. CHESNEY
                                         United States District Judge